**FILED**

MAY 10 2017

Clerk, U S Courts
District Of Montana
Great Falls Division

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DARIN LEE MILLER,<br><br>Defendant. | CR 15-32-GF-BMM<br><br>**ORDER** |

Defendant has moved for an early termination of his supervised release under 18 U.S.C. § 3583. The Government does not oppose the motion. (*See* Doc. 79 at 2). The Court conducted a hearing on the motion on May 10, 2017.

Defendant pleaded guilty to three counts of federal income tax fraud on October 13, 2015. (Doc. 64). Defendant was sentenced on January 21, 2016, to nine months of custody, followed by one year of supervised release. (Doc. 74). Defendant's term of supervised release began on August 12, 2016. Defendant has completed successfully over eight months of supervised release. The record reflects that Defendant has complied with all of the conditions of his supervised release. *See* Doc. 79 at 1-2. The factors in 18 U.S.C. § 3553 support an early termination of supervised release.

For the reasons discussed in open court, IT IS ORDERED:

1. Defendant's Motion for Early Termination of Supervised Release (Doc. 79) is GRANTED.

2. Defendant is DISCHARGED from supervised release.

DATED this 10th day of May, 2017.

Brian Morris
United States District Court Judge